UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF CERTAIN SEARCH WARRANTS ASSOCIATED GATEWAY MEDICAL ASSOCIATES | Case Nos. 20-MJ-2544<br>20-MJ-2545<br>20-MJ-2546<br>20-MJ-2547<br>20-MJ-2548<br>20-MJ-2581<br>20-MJ-2582<br>21-MJ-2755 |

## MOTION TO UNSEAL

The United States respectfully moves to unseal all papers related to the search warrant applications assigned the above-captioned case numbers. There is no longer a need to seal these items because a grand jury in the Eastern District of Kentucky has returned an indictment in this matter.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney for the
Middle District of Tennessee

s/ Monica R. Morrison
Monica R. Morrison
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151

1